# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137826

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MAYEN BIAR DIING,
      Defendant-Appellant.

SC: 137826
COA: 288003
Kent CC: 08-003837-FH

_____/

      On order of the Court, the application for leave to appeal the October 28, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009 _____

p0316

_____
Clerk